JS - 6

FILED: 5/20/13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAERSK LINE,<br><br>           Plaintiff,<br><br>     vs.<br><br>EXPORT EXPEDITERS LLC<br><br>           Defendants. | **CASE NO. CV 12-7079 GHK (VBKx)**<br><br>**ORDER OF DISMISSAL** |

The parties' having gone for *mediation* on May 10, 2013, and the Court having been advised by the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:     5/17/13

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE